UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **SHELIA MAXWELL** | **CIVIL ACTION NO. 15-0309** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **IASIS GLENWOOD REGIONAL MEDICAL CENTER, ET AL.** | **MAG. JUDGE JAMES D. KIRK** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 14] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion to Remand [Doc. No. 6] is DENIED.

MONROE, LOUISIANA, this 21st day of May, 2015.